TIMOTHY M. FLAHERTY (SBN 99666)
MORRIS POLICH & PURDY LLP
One Embarcadero Center, Suite 400
San Francisco, California 94111
Telephone:   (415) 984-8500
Facsimile:    (415) 984-8599
TFlaherty@mpplaw.com

Attorneys appearing specially for Defendant
AQUA DYNAMICS SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>                              Plaintiff,<br><br>   v.<br><br>AQUA DYNAMICS SYSTEMS, INC.,<br><br>                              Defendant. | Case No. 15-cv-04718-WHO<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RULE 26 DISCLOSURES ORDER THEREON**<br><br>Judge:    William H. Orrick |

WHEREAS Aqua Dynamics Systems, Inc. ("Aqua Dynamics") and Levi Strauss & Co. ("Levi's") entered into a stipulation to extend time for Aqua Dynamics to respond to the complaint and the Court entered its order thereon dated December 7, 2015; (Docket No. 13).

WHEREAS Aqua Dynamics has filed a motion to dismiss Levi's complaint or in the alternative stay the action pending arbitration and that motion is scheduled to be heard on February 10, 2016.

WHEREAS, Aqua Dynamics contends this court does not have subject matter jurisdiction;

WHEREAS, in order to conserve client and court resources pending Aqua Dynamics' motion, the parties wish to continue the status conference scheduled for

January 12, 2016 and continue the deadlines relating to Rule 26(f) conference and ADR disclosures;

  IT IS HEREBY STIPULATED and agreed between the parties as follows:

1. The Case Management Conference currently scheduled for January 12, 2016 be continued to March 1, 2016 at 2:00 p.m.;
2. That Rule 26(f) conference and ADR certification is continued to February 11, 2016;
3. The initial disclosures will be exchanged between the parties on February 18, 2016;

  Neither party shall use this extension period as the basis for any argument in this or any other matter pending between the parties.

DATED:  December 22, 2015  **HANSON BRIDGETT**

          By: /s/Robert A. McFarlane
            Robert A. McFarlane
          Attorneys for Plaintiff
          LEVI STRAUSS & CO.

DATED:  December 22, 2015  **MORRIS POLICH & PURDY LLP**

          By: /s/Timothy M. Flaherty
            Timothy M. Flaherty
          Attorneys appearing specially for Defendant
          AQUA DYNAMICS SYSTEMS, INC.

  Pursuant to Local Rule 5-1(i)(1)-(3), Timothy M. Flaherty hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing of this document.

          **MORRIS POLICH & PURDY LLP**

          By: /s/Timothy M. Flaherty
            Timothy M. Flaherty

ORDER

The court having considered the Stipulation of the parties and good cause appearing, orders as follows:

1. The Case Management Conference is continued from January 12, 2016 to March 1, 2016 at 2:00 p.m. in Courtroom 2, 17th Floor at 450 Golden Gate Avenue, San Francisco, CA 94102;

2. The initial disclosures between the parties will be exchanged on February 18, 2016; and

3. Counsel will schedule a Rule 26(f) conference and ADR on or before February 11, 2016 and file their ADR certification on February 11, 2016.

IT IS SO ORDERED.

DATED: December 22, 2015



Judge William H. Orrick

3                                          CASE NO.: 15-CV-04718-WHO