TIMOTHY M. FLAHERTY (SBN 99666)
MORRIS POLICH & PURDY LLP
One Embarcadero Center, Suite 400
San Francisco, California 94111
Telephone:   (415) 984-8500
Facsimile:    (415) 984-8599
TFlaherty@mpplaw.com

Attorneys for Defendant
AQUA DYNAMICS SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>                               Plaintiff,<br><br>     v.<br><br>AQUA DYNAMICS SYSTEMS, INC.,<br><br>                               Defendant. | Case No. 15-cv-04718-WHO<br><br>**STIPULATION TO 1) CONTINUE CASE MANAGEMENT CONFERENCE AND RULE 26 DISCLOSURES 2) EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT 3) WITHDRAW PENDING MOTION TO DISMISS; AND ORDER THEREON**<br><br>Judge:    William H. Orrick |

   WHEREAS Aqua Dynamics Systems, Inc. ("Aqua Dynamics") and Levi Strauss & Co. ("Levi's") entered into a stipulation to extend time for Aqua Dynamics to respond to the complaint and the Court entered its order thereon dated December 7, 2015; (Docket No. 13).

   WHEREAS Aqua Dynamics has filed a motion to dismiss Levi's complaint or in the alternative stay the action pending arbitration and that motion is scheduled to be heard on February 10, 2016 (Docket No. 14);

   WHEREAS Levi's filed a First Amended Complaint on January 4, 2016 (Docket No. 22);

WHEREAS Levi's filed opposition to the Motion to Dismiss but Aqua Dynamics has not yet filed its reply to that opposition (Docket No. 23);

WHEREAS, Aqua Dynamics contends this court does not have subject matter jurisdiction of the First Amended Complaint or this Action and intends to file a Motion to Dismiss the First Amended Complaint and the parties desire to enter into a stipulation setting forth a briefing schedule and hearing date for that motion;

WHEREAS, the parties previously stipulated to continue the Case Management Conference and Rule 26 Disclosures to dates after the Court ruled on a Motion to Dismiss and desire to do so again (Docket No. 20);

WHEREAS, in order to conserve client and court resources pending Aqua Dynamics' motion to dismiss the First Amended Complaint, the parties wish to continue the status conference scheduled for March 1, 2016 and continue the deadlines relating to Rule 26(f) conference and ADR disclosures;

IT IS HEREBY STIPULATED and agreed between the parties as follows:

1. The motion of Aqua Dynamics to dismiss the complaint set for hearing on February 10, 2016 is withdrawn. The parties have met and conferred and agree to a briefing schedule on any motion filed by Aqua Dynamics in response to the First Amended Complaint as follows:

    - Motion filing      February 19, 2016
    - Opposition due     March 4, 2016
    - Reply due          March 11, 2016
    - Hearing            March 30, 2016

2. The Case Management Conference currently scheduled for March 1, 2016 be continued to May 10, 2016 at 2:00 p.m.;

3. The Rule 26(f) conference and ADR certification is continued to April 14, 2016;

4. The initial disclosures will be exchanged between the parties on April 28, 2016;

Nothing in this stipulation affects LS&Co.'s ability to seek provisional relief in this matter, and neither party shall use this extension period as the basis for any argument in this or any other matter pending between the parties.

DATED: January 21, 2016                HANSON BRIDGETT

By: /s/Robert A. McFarlane
    Robert A. McFarlane
Attorneys for Plaintiff
LEVI STRAUSS & CO.

DATED: January 21, 2016                MORRIS POLICH & PURDY LLP

By: /s/Timothy M. Flaherty
    Timothy M. Flaherty
Attorneys appearing specially for Defendant
AQUA DYNAMICS SYSTEMS, INC.

Pursuant to Local Rule 5-1(i)(1)-(3), Timothy M. Flaherty hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing of this document.

MORRIS POLICH & PURDY LLP

By: /s/Timothy M. Flaherty
    Timothy M. Flaherty

ORDER

The court having considered the Stipulation of the parties and good cause appearing, orders as follows:

1. Aqua Dynamics Motion to Dismiss the First Amended Complaint shall be filed on or before February 19, 2016; Levi's opposition brief shall be due

March 4, 2016; Aqua Dynamics' reply brief shall be due on March 11, 2016;

2. Hearing on Motion to Dismiss the First Amended Complaint shall be March 30, 2016 at 2:00 p.m.

3. The Case Management Conference is continued from March 1, 2016 to May 10, 2016 at 2:00 p.m. in Courtroom 2, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102;

4. Counsel will schedule a Rule 26(f) conference and file their ADR certification on or before April 14, 2016;

5. The initial disclosures will be exchanged between the parties on April 28, 2016.

IT IS SO ORDERED.

DATED: January 22, 2016

Judge William H. Orrick