1  HANSON BRIDGETT LLP
   ROBERT A. McFARLANE, SBN 172650
2  rmcfarlane@hansonbridgett.com
   RUSSELL C. PETERSEN, SBN 264245
3  russ.petersen@hansonbridgett.com
   425 Market Street, 26th Floor
4  San Francisco, California 94105
   Telephone:    (415) 777-3200
5  Facsimile:    (415) 541-9366

6  Attorneys for Plaintiff
   LEVI STRAUSS & CO.
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | LEVI STRAUSS & CO.,              | CASE NO. 15-4718-WHO
12 |         Plaintiff,                | **ORDER GRANTING STIPULATION STAYING ARBITRATION PROCEEDING**
13 |         v.                        |
14 | AQUA DYNAMICS SYSTEMS, INC.,      |
15 |         Defendant.                |

19       The court having considered the Stipulation of the parties and good cause appearing, orders

20 as follows:

21       1.     The Arbitration (JAMS Reference No. 1100082177) shall be and hereby is stayed

22 until this Court rules on Aqua Dynamics' motion to dismiss or stay this action;

23       2.     If the Court denies Aqua Dynamics' motion to dismiss or stay, the Arbitration shall

24 be stayed pursuant to this order until this Court enters final judgment in this action, or this action

25 is otherwise dismissed in its entirety;

26       3.     The hearing on LS&Co.'s motion for preliminary injunction now scheduled for

27 March 30 is vacated (This order relates only to LS&Co.'s motion for preliminary injunction.  It

28 does not affect the hearing on Aqua's motion to dismiss or stay.); and

1  4. During the pendency of the stay set forth in the preceding two paragraphs, Aqua
2  Dynamics shall not initiate or otherwise pursue any further arbitral proceedings against LS&Co.
3
4  IT IS SO ORDERED.
5  Dated: March 1, 2016           By: _____
                                      Honorable William H. Orrick
6                                     United States District Court Judge
7                                          February 29, 2016
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

11994084.1

-2-                                              Case No. 15-4718 WHO
ORDER STAYING ARBITRATION PROCEEDING