```
HANSON BRIDGETT LLP
ROBERT A. McFARLANE, SBN 172650
rmcfarlane@hansonbridgett.com
RUSSELL C. PETERSEN, SBN 264245
russ.petersen@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777-3200
Facsimile:    (415) 541-9366
```

Attorneys for Plaintiff
LEVI STRAUSS & CO.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO., <br><br> Plaintiff, <br><br> v. <br><br> AQUA DYNAMICS SYSTEMS, INC., <br><br> Defendant. | CASE NO. 15-4718-WHO <br><br> **ORDER ON STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

The Court having considered the Stipulation of the parties and good cause appearing, orders as follows:

1. The Case Management Conference is continued from September 21, 2016 until October 19, 2016 at 2:00 pm in Courtroom 2, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.

2. Counsel will schedule a Rule 26(f) conference and file their ADR certifications on or before September 28, 2016.

IT IS SO ORDERED.

DATED: August 31, 2016

_____
Judge William H. Orrick