TIMOTHY M. FLAHERTY (SBN 99666)
MORRIS POLICH & PURDY LLP
One Embarcadero Center, Suite 400
San Francisco, California 94111
Telephone:   (415) 984-8500
Facsimile:    (415) 984-8599
TFlaherty@mpplaw.com

Attorneys for Defendant
AQUA DYNAMICS SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>               Plaintiff,<br><br>      v.<br><br>AQUA DYNAMICS SYSTEMS, INC.,<br><br>               Defendant. | Case No. 15-cv-04718-WHO<br><br>**STIPULATION TO 1) CONTINUE HEARING MOTION TO CERTIFY OCTOBER 18, 2016 ORDER FOR INTERLOCUTORY APPEAL AND 2) CONTINUE CASE MANAGEMENT CONFERENCE; AND ORDER THEREON**<br><br>Judge:    William H. Orrick |

  WHEREAS on October 18, 2016, the Court entered its Order Granting Motion to Compel Arbitration (Docket No. 59) ("Order");

  WHEREAS on November 11, 2016, Levi Strauss & Co. ("LS&Co.") filed its Motion to Certify the Order for Interlocutory Appeal ("Motion") (Docket No. 62) and that Motion is scheduled to be heard December 21, 2016;

  WHEREAS the Court has set a Case Management Conference for December 21, 2016;

  WHEREAS Aqua Dynamics Systems, Inc. ("ADSI") and LS&Co. have agreed to postpone the Case Management Conference and hearing and briefs on the Motion and allow the parties to first meet and discuss settlement;

IT IS HEREBY STIPULATED and agreed between the parties as follows:

1. The Case Management Conference currently scheduled for December 21, 2016 be continued to February 1, 2017 at 2:00 p.m.;

2. The hearing on the Motion of LS&Co. to Certify the October 18, 2016 Order for Interlocutory Appeal is continued to February 1, 2016 at 2:00 p.m. ADSI shall not use the extension period as the basis for any argument in this or any other matter pending between the parties that LS&Co.'s motion to certify is untimely and shall not take any steps to re-commence the arbitration during the extension period.  The briefing and hearing schedule on LS&Co.'s motion to certify shall be as follows:

- Opposition due      January 18, 2017
- Reply due           January 25, 2017
- Hearing             February 1, 2017.

DATED:  November 23, 2016          **HANSON BRIDGETT**

By: */s/Robert A. McFarlane*
       Robert A. McFarlane
Attorneys for Plaintiff
LEVI STRAUSS & CO.

DATED:  November 23, 2016          **MORRIS POLICH & PURDY LLP**

By: */s/Timothy M. Flaherty*
       Timothy M. Flaherty
Attorneys for Defendant AQUA DYNAMICS SYSTEMS, INC.

Pursuant to Local Rule 5-1(i)(1)-(3), Timothy M. Flaherty hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing of this document.

**MORRIS POLICH & PURDY LLP**

By: /s/ Timothy M. Flaherty
Timothy M. Flaherty

<u>ORDER</u>

The court having considered the Stipulation of the parties and good cause appearing, orders as follows:

1. The hearing on LS&Co.'s Motion to certify the October 18, 2016 Order for Interlocutory Appeal shall be continued from December 21, 2016 to February 1, 2017; ADSI's opposition brief shall be due January 18, 2017; LS&Co.'s reply brief shall be due on January 25, 2017;

2. The Case Management Conference is continued from December 21, 2016 to February 1, 2017 at 2:00 p.m. in Courtroom 2, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102;

IT IS SO ORDERED.

DATED: November 28, 2016

Judge William H. Orrick