| | |
|---|---|
| 1<br>2<br>3<br>4 | TIMOTHY M. FLAHERTY (SBN 99666)<br>MORRIS POLICH & PURDY LLP<br>One Embarcadero Center, Suite 400<br>San Francisco, California 94111<br>Telephone: (415) 984-8500<br>Facsimile: (415) 984-8599<br>TFlaherty@mpplaw.com |
| 5<br>6 | Attorneys for Defendant<br>AQUA DYNAMICS SYSTEMS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LEVI STRAUSS & CO.,<br><br>              Plaintiff,<br><br>   v.<br><br>AQUA DYNAMICS SYSTEMS, INC.,<br><br>              Defendant. | | Case No. 15-cv-04718-WHO<br><br>**STIPULATION TO 1) CONTINUE HEARING MOTION TO CERTIFY OCTOBER 18, 2016 ORDER FOR INTERLOCUTORY APPEAL AND 2) CONTINUE CASE MANAGEMENT CONFERENCE; AND ORDER THEREON**<br><br>Judge:    William H. Orrick |

WHEREAS on October 18, 2016, the Court entered its Order Granting Motion to Compel Arbitration (Docket No. 59) ("Order");

WHEREAS on November 11, 2016, Levi Strauss & Co. ("LS&Co.") filed its Motion to Certify the Order for Interlocutory Appeal ("Motion") (Docket No. 62) and that Motion is scheduled to be heard April 26, 2017;

WHEREAS the Court has set a Case Management Conference for April 26, 2017 pursuant to stipulated order filed on January 19, 2017 (Docket No. 68);

WHEREAS Aqua Dynamics Systems, Inc. ("ADSI") and LS&Co. have agreed to further postpone the Case Management Conference and hearing and briefs on the

1                                              CASE NO.: 15-CV-04718-WHO

STIPULATION AND ORDER

Motion and so that the parties may focus their attention on resolving this matter through a formal mediation that is scheduled for May 2, 2017;

IT IS HEREBY STIPULATED and agreed between the parties as follows:

1. The Case Management Conference currently scheduled for April 26, 2017 be continued to May 24, 2017 at 2:00 p.m.;
2. The hearing on the Motion of LS&Co. to Certify the October 18, 2016 Order for Interlocutory Appeal is continued to May 24, 2017 at 2:00 p.m. ADSI shall not use the extension period as the basis for any argument in this or any other matter pending between the parties that LS&Co.'s motion to certify is untimely and shall not take any steps to re-commence the arbitration during the extension period. The briefing and hearing schedule on LS&Co.'s motion to certify shall be as follows:

   - Opposition due     May 10, 2017
   - Reply due          May 17, 2017
   - Hearing            May 24, 2017.

DATED: April 6, 2017            **HANSON BRIDGETT**

By: */s/ Robert A. McFarlane*
    Robert A. McFarlane
Attorneys for Plaintiff
LEVI STRAUSS & CO.

DATED: April 6, 2017            **MORRIS POLICH & PURDY LLP**

By: */s/ Timothy M. Flaherty*
    Timothy M. Flaherty
Attorneys for Defendant AQUA DYNAMICS SYSTEMS, INC.

Pursuant to Local Rule 5-1(i)(1)-(3), Timothy M. Flaherty hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing of this document.

**MORRIS POLICH & PURDY LLP**

By: */s/ Timothy M. Flaherty*
Timothy M. Flaherty

ORDER

The court having considered the Stipulation of the parties and good cause appearing, orders as follows:

1. The hearing on LS&Co.'s Motion to certify the October 18, 2016 Order for Interlocutory Appeal shall be continued from April 26, 2017 to May 24, 2017; ADSI's opposition brief shall be due May 10, 2017; LS&Co.'s reply brief shall be due on May 17, 2017;
2. The Case Management Conference is continued from April 26, 2017 to May 24, 2017 at 2:00 p.m. in Courtroom 2, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102;

IT IS SO ORDERED.

DATED: April 10, 2017

_____
Judge William H. Orrick