TIMOTHY M. FLAHERTY (SBN 99666)
MORRIS POLICH & PURDY LLP
One Embarcadero Center, Suite 400
San Francisco, California 94111
Telephone:   (415) 984-8500
Facsimile:   (415) 984-8599
TFlaherty@mpplaw.com

Attorneys for Defendant
AQUA DYNAMICS SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>AQUA DYNAMICS SYSTEMS, INC.,<br><br>　　　　　　　　　　Defendant. | Case No. 15-cv-04718-WHO<br><br>**STIPULATION TO 1) CONTINUE HEARING MOTION TO CERTIFY OCTOBER 18, 2016 ORDER FOR INTERLOCUTORY APPEAL AND 2) CONTINUE CASE MANAGEMENT CONFERENCE; AND ORDER THEREON**<br><br>Judge:　　William H. Orrick |

　　　　WHEREAS on October 18, 2016, the Court entered its Order Granting Motion to Compel Arbitration (Docket No. 59) ("Order");

　　　　WHEREAS on November 11, 2016, Levi Strauss & Co. ("LS&Co.") filed its Motion to Certify the Order for Interlocutory Appeal ("Motion") (Docket No. 62) and that Motion is scheduled to be heard May 24, 2017;

　　　　WHEREAS the Court has set a Case Management Conference for May 24, 2017 pursuant to stipulated order filed on April 10, 2017 (Docket No. 70);

　　　　WHEREAS Aqua Dynamics Systems, Inc. ("ADSI") and LS&Co. have agreed to further postpone the Case Management Conference and hearing and briefs on the Motion due to scheduling conflict on the part of ADSI's attorney;

IT IS HEREBY STIPULATED and agreed between the parties as follows:

1. The Case Management Conference currently scheduled for May 24, 2017 be continued to May 31, 2017 at 2:00 p.m.;

2. The hearing on the Motion of LS&Co. to Certify the October 18, 2016 Order for Interlocutory Appeal is continued to May 31, 2017 at 2:00 p.m. ADSI shall not use the extension period as the basis for any argument in this or any other matter pending between the parties that LS&Co.'s motion to certify is untimely and shall not take any steps to re-commence the arbitration during the extension period. The briefing and hearing schedule on LS&Co.'s motion to certify shall be as follows:

   - Opposition due        May 17, 2017
   - Reply due             May 24, 2017
   - Hearing               May 31, 2017.

DATED: May 8, 2017                **HANSON BRIDGETT**

By: */s/Robert A. McFarlane*
　　Robert A. McFarlane
Attorneys for Plaintiff
LEVI STRAUSS & CO.

DATED: May 8, 2017                **MORRIS POLICH & PURDY LLP**

By: */s/Timothy M. Flaherty*
　　Timothy M. Flaherty
Attorneys for Defendant AQUA DYNAMICS SYSTEMS, INC.

2 　　CASE NO.: 15-CV-04718-WHO

STIPULATION AND ORDER

Pursuant to Local Rule 5-1(i)(1)-(3), Timothy M. Flaherty hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing of this document.

**MORRIS POLICH & PURDY LLP**

By: */s/Timothy M. Flaherty*
Timothy M. Flaherty

ORDER

The court having considered the Stipulation of the parties and good cause appearing, orders as follows:

1. The hearing on LS&Co.'s Motion to certify the October 18, 2016 Order for Interlocutory Appeal shall be continued from May 24, 2017 to June 7, 2017; ADSI's opposition brief shall be due May 17, 2017; LS&Co.'s reply brief shall be due on May 24, 2017;
2. The Case Management Conference is continued from May 24, 2017 to June 7, 2017 at 2:00 p.m. in Courtroom 2, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102;

IT IS SO ORDERED.

DATED: May 10, 2017

Judge William H. Orrick