HANSON BRIDGETT LLP
ROBERT A. McFARLANE, SBN 172650
rmcfarlane@hansonbridgett.com
RUSSELL C. PETERSEN, SBN 264245
russ.petersen@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

Attorneys for Plaintiff
LEVI STRAUSS & CO.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO., | CASE NO. 15-4718-WHO |
| Plaintiff, | **ORDER ON STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | |
| AQUA DYNAMICS SYSTEMS, INC., | |
| Defendant. | |

The Court having considered the Stipulation of the parties and good cause appearing, orders as follows:

1. The Case Management Conference, currently scheduled for December 12, 2017, be continued until Tuesday, June 12, 2018, at 2:00 pm; and

2. The Parties shall promptly inform the Court if this matter is resolved through the arbitration proceeding.

IT IS SO ORDERED.

DATED: November 24, 2017

_____
Judge William H. Orrick

13957982.1

-1-     Case No. 15-4718-WHO
ORDER ON STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE