BROWNE GEORGE ROSS LLP
Eric M. George (State Bar No. 166403)
  egeorge@bgrfirm.com
James L. Michaels (State Bar No. 298130)
  jmichaels@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Defendant, AQUA DYNAMICS SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| LEVI STRAUSS & CO., <br><br> Plaintiff, <br><br> vs. <br><br> AQUA DYNAMICS SYSTEMS, INC., <br><br> Defendant. | Case No. 3:15-04718-WHO <br><br> The Hon. William H. Orrick <br><br> **JOINT STIPULATION AND ORDER AMENDING BRIEFING AND HEARING SCHEDULE ON PLAINTIFF LEVI STRAUSS & CO.'S MOTION TO CONFIRM ARBITRATION AWARD** <br><br> Filed Concurrently with [PROPOSED] ORDER AMENDING BRIEFING AND HEARING SCHEDULE ON PLAINTIFF LEVI STRAUSS & CO.'S MOTION TO CONFIRM ARBITRATION AWARD <br><br> Judge:  Hon. William H. Orrick <br><br> Trial Date:  None Set |

1565679.1

Case No. 3:15-04718-WHO

STIPULATION AND [~~PROPOSED~~] ORDER REGARDING BRIEFING AND HEARING SCHEDULE

1      WHEREAS, on May 15, plaintiff Levi Strauss & Co. ("Levi's") filed a
2  motion to confirm an arbitration award (ECF No. 101);
3      WHEREAS, defendant Aqua Dynamics Systems, Inc. ("Aqua") intends to
4  oppose such motion;
5      WHEREAS, pursuant to Local Rule 7-3(a), the natural deadline for Aqua to
6  file its opposition to Levi's motion is May 29, 2020;
7      WHEREAS, pursuant to Local Rule 7-3(c), the natural deadline for Levi's to
8  file its reply brief is June 5, 2020;
9      WHEREAS, the motion is presently set for hearing on June 24, 2020;
10     WHEREAS, Aqua requested, and Levi's agreed to, a modest extension in
11 view of challenges created by current stay-at-home orders and other scheduling
12 conflicts;
13     NOW, THEREFORE, the parties hereby stipulate and agree to the following
14 amended briefing and hearing schedule on Levi's motion:
15     1.    Aqua shall file its opposition brief on or before June 12, 2020 instead
16 of May 29, 2020;
17     2.    Levi's shall file its reply brief on or before June 26, 2020 instead of
18 June 5, 2020; and
19     3.    The hearing on Levi's motion shall proceed on July 15, 2020, or as
20 soon thereafter as it may be heard by the Court, instead of June 24, 2020.
21
22     IT IS SO STIPULATED AND AGREED.

| | | |
|---|---|---|
| 1 | DATED: May 22, 2020 | BROWNE GEORGE ROSS LLP |
| 2 | | Eric M. George |
| | | James L. Michaels |

By: _____/s/ James L. Michaels_____
James L. Michaels
Attorneys for Defendant, AQUA DYNAMICS SYSTEMS, INC.

DATED: May 22, 2020    HANSON BRIDGETT LLP
Robert A. McFarlane
Janie L. Thompson
Rosanna W. Gan

By: _____/s/ Robert A. McFarlane_____
Robert A. McFarlane
Attorneys for Plaintiff, LEVI STRAUSS & CO.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: May 26, 2020    By: _____
Hon. William H. Orrick
United States District Court Judge

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, James Michaels, am the ECF User whose identification and password are being used to file this stipulation. In compliance with Local Rule 5-1(i)(3), I hereby attest that all other signatories listed on whose behalf the filing is submitted concur in the filing's content and have authorized the filing.

DATED: May 22, 2020    /s/ James L. Michaels
James L. Michaels