HANSON BRIDGETT LLP
ROBERT A. McFARLANE, SBN 172650
rmcfarlane@hansonbridgett.com
JANIE L. THOMPSON, SBN 291622
jthompson@hansonbridgett.com
ROSANNA W. GAN, SBN 325145
rgan@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:  (415) 777-3200
Facsimile:  (415) 541-9366

Attorneys for Plaintiff
LEVI STRAUSS & CO.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO., | CASE NO. 15-4718-WHO |
| Plaintiff, | **FINAL JUDGMENT** |
| v. | |
| AQUA DYNAMICS SYSTEMS, INC., | |
| Defendant. | |

Before the Court is Plaintiff Levi Strauss & Co.'s ("LS&Co.") Request for Entry of Judgment. On July 20, 2020, this Court issued an Order granting Plaintiff LS&Co.'s Motion to Confirm Arbitration Award, denying Defendant Aqua Dynamics Systems, Inc.'s ("Aqua") Motion to Vacate, and further denying Aqua's request to renew oral argument.

Accordingly, it is hereby Ordered and Adjudged that:

1.   The Corrected Final Award in JAMS Case Reference No. 1100082177 dated May 1, 2020 (D.I. 101-2, Exhibit 1) is **CONFIRMED** in full.

2.   LS&Co. shall have judgment against Aqua for, and Aqua shall pay to LS&Co., costs in the amount of **$186,388.92**, as provided in the Corrected Final Award.

1   This constitutes the final order and judgment of this Court, and the clerk is hereby directed
2 to enter judgment accordingly.
3   IT IS SO ORDERED.

5 DATED: August 24, 2020

   _____
6   Honorable William H. Orrick
7   United States District Court Judge