BROWNE GEORGE ROSS LLP
Eric M. George (State Bar No. 166403)
  egeorge@bgrfirm.com
James L. Michaels (State Bar No. 298130)
  jmichaels@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Eric C. Lauritsen (SBN 301219)
  eric@lauritsenesq.com
822 S. Windsor Blvd., Suite 202
Los Angeles, CA 90005
Telephone: (323) 454-2004

Attorneys for Defendant, AQUA DYNAMICS SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>        Plaintiff,<br><br>    vs.<br><br>AQUA DYNAMICS SYSTEMS, INC.,<br><br>        Defendant. | Case No. 3:15-04718-WHO<br><br>**NOTICE OF APPEAL** |

1 | Notice is hereby given that Defendant Aqua Dynamics Systems, Inc. hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order Granting Motion to Confirm, Denying Motion to Vacate (Dkt. 117) (the "Order") entered in this action on the 20th day of July, 2020, and the Final Judgment (Dkt. 119) (the "Judgment") entered in this action on the 24th day of August, 2020. A copy of the Order is attached hereto as Exhibit A and a copy of the Judgment is attached hereto as Exhibit B.

DATED: September 21, 2020    **ERIC C. LAURITSEN, ESQ.**

By:    /s/ Eric C. Lauritsen
       Eric C. Lauritsen
Attorneys for Defendant, AQUA DYNAMICS SYSTEMS, INC.